**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**THE COMPLAINT OF MOSS MARINE TRANSPORT, LLC, AS OWNER, MATTHEW MOSS, AS OWNER PRO HAC VICE AND ST. JOHNS RIVER TOWING & SALVAGE, LLC, AS BAREBOAT CHARTERER, OF THE MOTOR VESSEL REGISTERED AS FL3953 NL, its engines, tackle, appurtenances, equipment, etc., in a cause of exoneration from or limitation of liability,**

**and**

**Case No.  6:10-cv-1576-Orl-31GJK**

**THE COMPLAINT OF ST. JOHNS RIVER TOWING & SALVAGE, LLC, AS OWNER, AND ELIZABETH A. EUVERARD, AS OWNER PRO HAC VICE, OF THE MOTOR VESSEL REGISTERED AS FL 0392 NS, its engines, tackle, appurtenances, equipment, etc., in a cause of exoneration from or limitation of liability,**

**-vs-**

**UNITED STATES OF AMERICA,**

       **Third-party Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion to Consolidate (Doc. 117) filed by the Limitation Plaintiffs and the Third Party Plaintiff. The movants seek consolidation of the instant matter with a case filed by Claimant Stephanie Puskas against Jon Michael Dickens in state court and which was subsequently removed and transferred to the undersigned. The Claimants are hereby

**ORDERED** to file a response to the Motion to Consolidate no later than July 2, 2012.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 26, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party