IN RE:

**THE COMPLAINT OF MOSS MARINE
TRANSPORT, LLC, AS OWNER,
MATTHEW MOSS, AS OWNER PRO
HAC VICE AND ST. JOHNS RIVER
TOWING & SALVAGE, LLC, AS
BAREBOAT CHARTERER, OF THE
MOTOR VESSEL REGISTERED AS
FL3953 NL, its engines, tackle,
appurtenances, equipment, etc., in a cause of
exoneration from or limitation of liability,**

**and**

**Case No.  6:10-cv-1576-Orl-31GJK**

 **THE COMPLAINT OF ST. JOHNS
RIVER TOWING & SALVAGE, LLC, AS
OWNER, AND ELIZABETH A.
EUVERARD, AS OWNER PRO HAC
VICE, OF THE MOTOR VESSEL
REGISTERED AS FL 0392 NS, its engines,
tackle, appurtenances, equipment, etc., in a
cause of exoneration from or limitation of
liability,**

**-vs-**

**UNITED STATES OF AMERICA,**

 **Third-party Defendant.**
_____

# ORDER

The United States and Limitation Plaintiffs have filed Motions to Exclude the expert testimony of Claimant's expert, John Smith (Doc. Nos. 87 and 88). Claimants oppose the Motion (Doc. 96).

Although the Court is concerned about Mr. Smith's qualification to testify as an expert on maritime search and rescue, as well as his "disturbance of the air pocket theory," the Court finds it prudent and consistent with judicial efficiency to defer ruling on this matter until trial. It is, therefore

**ORDERED** that the Motions are DENIED, without prejudice. The Government's original Motion (Doc. 86) is DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party